**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Joshua Gustafson,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**Alvin Ailey Dance Foundation, Inc.,**<br><br>**Defendant.** | **1:25-cv-09680 (DEH) (SDA)**<br><br>**<u>ORDER</u>** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

This case contains one or more claims arising under the Fair Labor Standards Act. The parties informed the Court on July 29, 2026, that a settlement had been reached. (ECF No. 29.) In light of the requirements of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties now must file a joint letter or motion that addresses whether the settlement is fair and reasonable.

Any such letter or motion shall be filed by Monday, August 24, 2026, and should address the claims and defenses, the defendant's potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiff's case and the defendant's defenses, any other factors that justify the discrepancy between the potential value of plaintiff's claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

The joint letter or motion should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual attorney's hours expended and the relevant experience of the attorney(s). Finally, a copy of the settlement agreement itself must

accompany the joint letter or motion.

If the parties wish for the undersigned to undertake a review of the Settlement Agreement, in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), they shall complete and file, no later than Monday, August 10, 2026, the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://nysd.uscourts.gov/sites/default/files/practice_documents/sdaConsentToProceedBeforeUSMagistrateJudge.pdf.

**SO ORDERED.**

DATED: New York, New York
August 3, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge